# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1725
_____

KATHERYN ANNE CORTIJO,
ALYSSA BRIELLE CORTIJO,

     Appellants,

     v.

RAMZI SALAMEH, BOLINE
SALAMEH,

     Appellees.

_____

On appeal from the Circuit Court for Lafayette County.
Darren K. Jackson, Judge.


September 17, 2024

PER CURIAM.

     DISMISSED.

ROBERTS, RAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Katheryn Cortijo, pro se, Appellant; No appearance for Appellant Alyssa Brielle Cortijo.

Lawrence J. Bernard of Bernard & Schemer, P.A., Jacksonville, for Appellees.